**2004–2127.  Carter v. Rudduck.**

In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0063.  Lang v. State.**

In Habeas Corpus. On petition for writ of habeas corpus of Adam Lang. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0082.  State v. Moore.**

Cuyahoga App. No. 83703, 2004-Ohio-6303. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

MOYER, C.J., RESNICK, PFEIFER, O'DONNELL and LANZINGER, JJ., concur.

LUNDBERG STRATTON and O'CONNOR, JJ. would accept and hold the cause for the decisions in 2004–1171, *State v. Mathis*, Cuyahoga App. No. 83311, 2004-Ohio-2982, and 2004–1267, *State v. Fair*, Cuyahoga App. No. 82278, 2004-Ohio-2971.

**2005–0128.  Avery v. Money.**

In Habeas Corpus. On petition for writ of habeas corpus of Edward B. Avery, Sr. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2001–0871.  State v. Ahmed.**

Belmont C.P. No. 99–CR–192. On motion for leave to amend, and on application for reopening under S.Ct.Prac.R. XI(6). Motions denied because the appellant failed to comply with the 90–day filing deadline in S.Ct.Prac.R. XI(6)(A).

PFEIFER, J., dissents.

**2001–0871.  State v. Ahmed.**

Belmont C.P. No. 99–CR–192. On motion for stay of proceedings pending competency evaluation and motion to employ psychologist at state expense. Motions denied.

PFEIFER, J., dissents.

**2005–0049.  State v. Grimsley.**

Butler App. No. CA2004–10–265. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and O'DONNELL, JJ., dissent.

**2005–0076.  State v. Smith.**

Clark App. No. 2003 CA 93, 2004-Ohio-6062. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2005–0134.  D&R Properties v. Burton Twp.**

Geauga App. No. 2003–G–2523, 2004-Ohio-6939. On motion for stay of court of appeals' judgment. Motion denied.

RESNICK and LUNDBERG STRATTON, JJ., dissent.

**2005–0219.  Reveria Tavern, Inc. v. Summit Cty. Bd. of Elections.**

Summit App. No. 21893, 2004-Ohio-6733. On motion for stay of court of appeals' judgment. Motion denied.

RESNICK, J., dissents.

**2005–0269.  State ex rel. Smith v. Pike.**

In Prohibition. On emergency motion for issuance of an alternative writ. Motion denied.